CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MAY LIOU (SBN: 125917)
J. BRANDON LEUTZ (SBN: 253229)
jbleutz@castletonlaw.com
CASTLETON LAW GROUP
17800 Castleton Street, Suite 630
City of Industry, CA 91748
Telephone: (626) 810- 9300
Attorneys for Defendant
Falchion Land Management, Inc.

DAVID RAIZMAN (SBN: 129407)
david.raizman@ogletree.com
AMBER L. ROLLER (SBN: 273354)
amber.roller@ogletree.com
J. NICHOLAS MARFORI (SBN: 311765)
nicholas.marfori@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045
Attorneys for Defendant
Consumerhealth, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>    Plaintiff,<br><br>v.<br><br>FALCHION LAND MANAGEMENT, INC., a California Corporation; CONSUMER HEALTH, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:18-CV-04675-SJO-JPR<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been
2  reached in the above-captioned case and the parties would like to avoid any additional
3  expense, and further the interests of judicial economy.

4  All Parties, therefore, apply to this Honorable Court to vacate all currently set
5  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to
6  all parties will be filed within 60 days. The Parties further request that the Court
7  schedule a Status Conference/OSC Hearing approximately 60 days out at which the
8  Parties, by and through their attorneys of record shall show cause why this case has not
9  been dismissed.

Dated: August 24, 2018          CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated: August 24, 2018          CASTLETON LAW GROUP

By: /s/ Brandon Leutz
    J. Brandon Leutz
    Attorneys for Defendant
    Falchion Land Management, Inc.

Dated: August 24, 2018          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, & P.C.

By: /s/ David Raizman
    David Raizman
    Amber L. Roller
    J. Nicholas Marfori
    Attorneys for Defendant
    Consumerhealth, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to J. Brandon Leutz and Amber L. Roller, counsel for Falchion Land Management, Inc. and Consumerhealth, Inc., respectively, and that I have obtained Mr. Leutz's and Ms. Roller's authorization to affix their electronic signature to this document.

Dated: August 24, 2018          CENTER FOR DISABILITY ACCESS

                                By:  /s/ Phyl Grace
                                     Phyl Grace
                                     Attorney for Plaintiff