CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MAY LIOU (SBN: 125917)
J. BRANDON LEUTZ (SBN: 253229)
jbleutz@castletonlaw.com
CASTLETON LAW GROUP
17800 Castleton Street, Suite 630
City of Industry, CA 91748
Telephone: (626) 810- 9300
Attorneys for Defendant, Falchion Land Management, Inc.

DAVID RAIZMAN (SBN: 129407)
david.raizman@ogletree.com
AMBER L. ROLLER (SBN: 273354)
amber.roller@ogletree.com
J. NICHOLAS MARFORI (SBN: 311765)
nicholas.marfori@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045
Attorneys for Defendant, Consumerhealth, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>  Plaintiff,<br><br>v.<br><br>FALCHION LAND MANAGEMENT, INC., a California Corporation; CONSUMERHEALTH, INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case: 2:18-CV-04675-SJO-JPR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties to this action that this action may be dismissed in its entirety, with prejudice, as to all parties. Each party is to bear his/its own attorneys' fees and costs.

Dated: September 27, 2018        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: September 27, 2018        CASTLETON LAW GROUP

By: /s/ J. Brandon Leutz
    May Liou
    J. Brandon Leutz
    Attorneys for Defendant
    Falchion Land Management, Inc.

Dated: September 27, 2018        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, & P.C.

By: /s/ Amber L. Roller
    David Raizman
    Amber L. Roller
    J. Nicholas Marfori
    Attorneys for Defendant
    Consumerhealth, Inc.

2

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to J. Brandon Leutz and Amber L. Roller, counsel's for Falchion Land Management, Inc. and Consumerhealth, Inc., respectively, and that I have obtained Mr. Leutz's and Ms. Roller's authorization to affix their electronic signature to this document.

Dated: September 27, 2018     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff